---- United States Bankruptcy Court ----------- VOLUNTARY PETITION ---
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE -------------------------- | NAME OF JOINT DEBTOR |
| **JONATHAN R. LANGE** | |
| ALL OTHER NAMES ----------------- | NO JOINT DEBTOR |

SOC. SEC./TAX I.D. NO. ----------
**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**
STREET ADDRESS OF DEBTOR --------
**2637 Sunray Drive**
**Reno, NV 89503**
COUNTY OF RESIDENCE -------------
**Washoe**
MAILING ADDRESS OF DEBTOR -------
**2637 Sunray Drive**
**Reno, NV 89503**   *747-2886*
VENUE -------------------------------------------------------------
Debtor has had a residence in this District for 180 days immediately
preceding the date of this petition.
---------------- INFORMATION REGARDING DEBTOR -----------------------

TYPE OF DEBTOR
**Individual**
NATURE OF DEBT
**Non-Business/Consumer**
A. TYPE OF BUSINESS
**N/A**
B. BRIEFLY DESCRIBE NATURE OF BUSINESS
**N/A**
STATISTICAL/ADMINISTRATIVE INFORMATION--
Debtor estimates that, after any exempt
property is excluded and administrative
expenses paid, there will be no funds
available for distribution to unsecured
creditors.

CHAPTER OF BANKRUPTCY CODE
UNDER WHICH THE PETITION
IS FILED
**7**
FILING FEE
**Attached**
-----------------------------

ATTORNEY NAME AND ADDRESS--

BUDGET SERVICES
1547 So. Virginia, #4
Reno, NV 89502

-----------------------------
ATTORNEYS DESIGNATED TO
REPRESENT DEBTOR

| | range (sard code) | |
|---|---|---|
| NO. OF CREDITORS **1-15** | | **(1)** |
| ASSETS (thousands) **Under 50** | | **(1)** |
| LIABIL. (thousands) **Under 50** | | **(1)** |
| NO. OF EMPLOYEES **N/A** | | |
| EQUITY SEC. HOLDERS **N/A** | | |

THIS SPACE FOR COURT USE ONLY

RECEIVED AND FILED
2004 AUG -4 PM 1:23
UNITED STATES
BANKRUPTCY
PATRICIA S.

Name of Debtor: **JONATHAN R. LANGE**
Case No.:

------------------------------------------------------------------

---------- PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS ----------
NONE
--- PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILIATE ---
NONE
----------------------- REQUEST FOR RELIEF -------------------------
Debtor requests relief in accordance with the chapter of title 11
United States Code specified in this petition.
-------------------------- SIGNATURES -----------------------------
                             ATTORNEY
_____          Date:_____


------------------------------------------------------------------
                        INDIVIDUAL DEBTOR
I declare under penalty of perjury that the information provided in
this petition is true and correct.
_____          Date: 8/4/04
**JONATHAN R. LANGE**
------------------------------------------------------------------
I am aware that I may proceed under chapter 7, 11, 12, or 13 of title
11, United States Code, understand the relief available under such
chapter, and choose to proceed under chapter 7 of such title.

Exhibit B has been completed.

_____          Date: 8/4/04
**JONATHAN R. LANGE**
-------------------------- EXHIBIT B -------------------------------
I, the attorney for the debtor in the foregoing petition, declare that
I have informed the debtor that the debtor may proceed under chapter
7, 11, 12, or 13 of title 11, United States Code, and have explained
the relief available under such chapter.

_____          Date:_____


------------------------------------------------------------------

I certify that I am a bankruptcy petition
preparer as defined in 11 U.S.C. 110,
that I prepared this document for
compensation, and that I have provided
the debtor a copy of this document.
SSN: 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 *M. Montgomery*
Margaret Montgomery Budget Services
1547 So. Virginia #4, Reno, Nevada

Page 2

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

Chapter 7: Liquidation   $209.00
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, debts fraudulently incurred, debts for willful and malicious injury to a person or property, and debts arising from a drunk driving judgment.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income: $194.00
1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, certain kinds of taxes owed for less than three years, and long term secured obligations.

Chapter 11: Reorganization    $839.00
Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a chapter 11 petition should be reviewed with an attorney.

Chapter 12: Family Farmer    $239.00
Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I HEREBY CERTIFY THAT I HAVE RECEIVED THIS NOTICE.

DEBTOR: _____ DATE: 8/4/04

JOINT DEBTOR: _____ DATE: _____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                    ) Case No. BK-_____

                            )

(Name)_____ ) Chapter _____

                            )

                            )

and_____ )

             Debtor(s).          )

_____ )

## NOTICE TO DEBTORS ABOUT BANKRUPTCY PETITION PREPARERS AND CERTIFICATION OF RECEIPT AND COMPLIANCE

PLEASE BE AWARE of the restrictions on the services which a bankruptcy petition preparer may provide.

Bankruptcy petition preparers are not attorneys. They are not authorized to practice law or give legal advice in a case. The last person signing below is a petition preparer, not an attorney authorized to practice law in the District of Nevada. The United States Trustee for Region 17 has issued the *Guidelines for Petition Preparers For The District Of Nevada ("Guidelines")* pertaining to the work performed by bankruptcy petition preparers and the fees they may charge.

Under 11 U.S.C. § 110, a petition preparer may not collect or receive the Bankruptcy Court filing fee from you. If you pay any money to the petition preparer **as a fee** for services or costs, you are not permitted to pay Bankruptcy Court filing fees in installments.

Under the *Guidelines*, a bankruptcy petition preparer should not charge you more than $150 for a chapter 7 case, or $200 for a chapter 11, 12, or 13 case, without court approval. Additionally, a bankruptcy petition preparer **MAY NOT** provide any legal advice, including advice on:

(a) whether you should file bankruptcy;

(b) whether you should file a petition under a particular chapter of the Bankruptcy Code (Title 11 of the United States Code);

(c) how to respond to the bankruptcy forms in connection with the filing of your bankruptcy case, including the type of debt (e.g., administrative, secured, unsecured priority, unsecured nonpriority);

(d) what exemptions you should claim, although a petition preparer may give you a copy of applicable federal and state statutes;

(e) whether a debt is dischargeable, whether you are entitled to a discharge under the Bankruptcy Code and what defenses you may have to an objection to discharge;

(f) whether you can keep your home and the effect of a bankruptcy filing upon a foreclosure;

(g) whether you may eliminate any liens or recover any assets;

(h) whether you may redeem any property;

1   (i) whether you may or should reaffirm any debts or whether a reaffirmation is required to keep any assets;
    and

2   (j) the tax consequences of any aspect of your bankruptcy case.

3       A bankruptcy petition preparer must provide you with a copy of the Region 17 *Guidelines* and have you
4   read and sign this form.  YOU SHOULD READ THE *GUIDELINES* AND UNDERSTAND THE LIMITATIONS
    ON BANKRUPTCY PETITION PREPARERS BEFORE SIGNING THIS FORM.

5       If you have any questions about petition preparers or believe the *Guidelines* have been violated, please call
6   the UNITED STATES TRUSTEE at:

7   Office of the United States Trustee          Office of the United States Trustee
    600 Las Vegas Blvd., So. Rm 430              300 Booth St., Rm 2129
8   Las Vegas, NV 89101                          Reno, NV 89509
    (702) 388-6600                               (702) 784-5335

9

10

11                          DEBTOR CERTIFICATION

12  I/We,_____and_____, the debtor(s) in this case, have read and
    understand the foregoing, and have received a copy of the *Guidelines*.

13

14  DATE:_____                 _Jmulth K.Lyl_
                                          (debtor signature)

15

16                                        _____
                                          (codebtor signature)

17

18                  BANKRUPTCY PETITION PREPARER CERTIFICATION

19  I, (name) _M. Montgomery_____, hereby certify under penalty of perjury that I
    am the bankruptcy petition preparer who assisted the debtor in this case.  I have not charged fees or costs in excess
20  of the amount specified in the *Guidelines* without court approval in this case.  I have not advised the debtor
    concerning any of the matters proscribed above or in paragraph 8 of the *Guidelines*.

21

22  DATE: 8-4-04                          _____
                                          (petition preparer signature)

23                                        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
                                          (petition preparer social security number)
24  **BUDGET SERVICES**
    **1547 So. Virginia, #4**
25  **Reno, NV 89502**

26

27

NAME

Address

City,State and Zip

Telephone

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| **In Re:** | ) | **Case No.** _____ |
| | ) | |
| | ) | **Chapter** _____ |
| | ) | |
| | ) | **STATEMENT OF ASSISTANCE** |
| | ) | **BY NON-ATTORNEY** |
| | ) | **RE: FILING THE BANKRUPTCY** |
| **Debtors** | ) | **PETITION** |

   I (we) hereby disclose the following information in compliance with 11 USA 5110 concerning assistance rendered in connection with the filing of this bankruptcy case.

1.  **Petition Preparer:**

    **BUDGET SERVICES**
    **1547 So. Virginia, #4**
    **Reno, Nevada 89502**

2.  **Assistance Provided:** **PREPARATION OF CHAPTER 7 PETITION**

3.  **Amount Paid: $** *150⁰⁰* **Amount still owed: $** — 0 —

4.  **No security interest given in exchange for assistance**

    **No collateral given as security**

   I (we) declare under penalty of perjury that the foregoing information given in regards to assistance by a non-attorney in the filing of this petition is true and correct to the best of my information and belief.

   **Executed at Reno, Nevada**

            _____**Debtor**

            _____**Debtor**

            _____
            **BUDGET SERVICES**

In re: **JONATHAN R. LANGE**                    Case No:

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEVADA

```
====================== SUMMARY OF SCHEDULES =========================
---------------------------------------------------------------------
|    Schedule name      | No. Sheets   | Assets | Liabilities | Other |
---------------------------------------------------------------------
| X (mark if attached)                                               |
=====================================================================|
|____ A - Real Property       1          0.00  ----------------------|
|____ B - Personal Property   2       1,000.00 ----------------------
|____ C - Property Claimed            -------------------------------
|        as Exempt            1        -------------------------------
|____ D - Creditors Holding           -------------------------------
|        Secured Claims       1  -------------        20,600.00 -------
|____ E - Creditors Holding           -------------------------------
|        Unsecured Priority            -------------------------------
|        Claims               2  -------------             0.00 -------
|____ F - Creditors Holding            -------------------------------
|        Unsecured Non-                 -------------------------------
|        priority Claims      2  -------------        10,100.00 -------
|____ G - Executory Contracts          -------------------------------
|        and Unexpired                  -------------------------------
|        Leases               1        -------------------------------
|____ H - Codebtors           1        -------------------------------
|____ I - Current Income of            -------------------------------
|        Individual Debtors   2  ---------------------     1,592.00
|____ J - Current Expenditures         -------------------------------
|        of Individual                  -------------------------------
|        Debtors              2  ---------------------     1,590.00
---------------------------------------------------------------------
         Summary Sheet    |  1  |*********************************
       Total No. Sheets   | 16  |*********************************
          Total Assets -> |       1,000.00|*********************
              Total Liabilities -> |        30,700.00|*******
          Total No. of Creditors -> |            11|*******
              Excess Income (if any) -> |          2.00 |
=====================================================================
```

In re: **JONATHAN R. LANGE**                    Case No:

### SCHEDULE A - REAL PROPERTY

| Description and location of property | Current market value of debtor's interest in the property without deducting any secured claim or exemption |
|---|---|
| Nature of debtor's interest in property | Amount of secured claim |

NONE

Total:        0.00

In re: **JONATHAN R. LANGE**                    Case No:

SCHEDULE B - PERSONAL PROPERTY
```
===================================================================
| Type of property                          | Current market value |
| ------------------------------------------ | of debtor's interest |
| Description and location of property       | in property without  |
|                                            | deducting any secured|
|                                            | claim or exemption   |
===================================================================
```
1.  Cash on hand.
    NONE
2.  Checking, savings, or other financial accounts, certificates of
    deposit, or shares in banks, savings and loan, thrift, building
    and loan, and homestead associations, or credit unions, brokerage
    houses, or cooperatives.
    NONE
3.  Security deposits with public utilities, telephone companies,
    landlords, and others.
    NONE
4.  Household goods and furnishings, including audio, video, and
    computer equipment.
**Misc. household goods**

                              Debtor's interest:        1,000.00
                         Total debt on property:            0.00
           Location: **In debtor's possession.**

5.  Books, pictures, and other art objects, antiques, stamp, coin,
    record, tape, compact disc, and other collections or collectibles.
    NONE
6.  Wearing apparel.
    NONE
7.  Furs and jewelry.
    NONE
8.  Firearms and sports, photographic, and other hobby equipment.
    NONE
9.  Interests in insurance policies.
    NONE
10. Annuities.
    NONE
11. Interests in IRA, ERISA, Keogh, or other pension or profit
    sharing plans.
**401K**

                              Debtor's interest:
                         Total debt on property:            0.00
           Possession: **In debtor's possession.**

12. Stock and interests in incorporated and unincorporated businesses.
    NONE
13. Interests in partnerships or joint ventures.
    NONE

In re: **JONATHAN R. LANGE**                    Case No:

14. Government and corporate bonds and other negotiable and non-
    negotiable instruments.
    NONE
15. Accounts receivable.
    NONE
16. Alimony, maintenance, support, and property settlements to which
    the debtor is or may be entitled.
    NONE
17. Other liquidated debts owing debtor including tax refunds.
    NONE
18. Equitable or future interests, life estates, and rights or
    powers exercisable for the benefit of the debtor other than
    those listed in Schedule of Real Property.
    NONE
19. Contingent and noncontingent interests in estate of a
    decedent, death benefit plan, life insurance policy, or trust.
    NONE
20. Other contingent and unliquidated claims of every nature,
    including tax refunds, counterclaims of the debtor, and
    rights to setoff claims.
    NONE
21. Patents, copyrights, and other intellectual property.
    NONE
22. Licenses, franchises, and other general intangibles.
    NONE
23. Automobiles, trucks, trailers, and other vehicles or accessories.
    NONE
24. Boats, motors, and accessories.
    NONE
25. Aircraft and accessories.
    NONE
26. Office equipment, furnishings, and supplies.
    NONE
27. Machinery, fixtures, equipment, and supplies used in business.
    NONE
28. Inventory.
    NONE
29. Animals.
    NONE
30. Crops - growing or harvested.
    NONE
31. Farming equipment and implements.
    NONE
32. Farm supplies, chemicals, and feed.
    NONE
33. Other personal property of any kind not already listed.
    NONE

Total:          1,000.00

Page 2

In re: **JONATHAN R. LANGE**                          Case No:

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

11 U.S.C. sec. 522(b)(2)

Exemptions available under applicable non-bankruptcy federal laws,
state or local law where the debtor's domicile has been located
for the 180 days immediately preceding the filing of the petition
or for a longer portion of the 180 day period than in any other
place, and the debtor's interest as a tenant by the entirety or
joint tenant to the extent the interest is exempt from process
under applicable non-bankruptcy law.

**Debtor is single.**

| Description of property | Value of claimed exemption |
|---|---|
| Specify law providing each exemption | Current market value of property without deducting exemption |

**401K**
    Debtor's interest:                    Value exempt:          **unknown**
                Law: **N.R.S. 21.090 (1) (q)**

**Misc. household goods**
    Debtor's interest:        **1,000.00**    Value exempt:        **1,000.00**
                Law: **N.R.S. 21.090 (1) (b)**

In re: **JONATHAN R. LANGE**                    Case No:

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

```
======================================================================
| Creditor's name and complete mailing address   | Amount of claim
| including zip code                              | without deducting
|-------------------------------------------------| value of collateral
| Date claim was incurred, nature of lien, and    |--------------------
| description and market value of property subject| Unsecured portion,
| to the lien                                     | if any
======================================================================
```

Account no.:                          Amount of claim:      20,600.00
**FINANCIAL CENTER**                        Unsecured:       4,600.00
**CREDIT UNION**
**P O Box 208005**
**Stockton, CA 95208**
            Incurred: **2003**
       Nature of lien: **2002 Toyota truck**
            Claim is: **Fixed and liquidated.**
 Collateral description: **2002 Toyota**
Collateral market value:       **16,000.00**

                          Subtotal this page:      20,600.00
                                     Total:      20,600.00

In re: **JONATHAN R. LANGE**                     Case No:

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

TYPES OF PRIORITY CLAIMS:

Wages, Salaries, and Commissions

Wages, salaries, and commissions, including vacation,
severance, and sick leave pay owing to employees, up to a
maximum of $2000 per employee, earned within 90 days
immediately preceding the filing of the original petition, or
the cessation of business, whichever occurred first, to the
extent provided in 11 U.S.C. sec. 507(a)(3).

Contributions to Employee Benefit Plans

Money owed to employee benefit plans for services rendered
within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first
to the extent provided in 11 U.S.C. sec. 507(a)(4).

Certain Farmers or Fishermen

Claims of certain farmers or fishermen, up to a maximum of $2000
per farmer or fisherman, against the debtor, as provided in 11
U.S.C. sec. 507(a)(5).

Deposits by Individuals

Claims of individuals up to a maximum of $900 for deposits for
the purchase, lease, or rental of property or services for
personal, family, or household use, that were not delivered or
provided.  11 U.S.C. sec. 507(a)(6).

Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state,
and local governmental units as set forth in 11 U.S.C.
sec. 507(a)(7).

In re: **JONATHAN R. LANGE**                    Case No:

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration for claim | Total amount of claim |

1.  Wages, Salaries, and Commissions.

    NONE

2.  Contributions to Employee Benefit Plans.

    NONE

3.  Certain Farmers or Fishermen.

    NONE

4.  Deposits by Individuals.

    NONE

5.  Taxes and Certain Other Debts Owed to Governmental Units.

    NONE

Subtotal this page:          0.00
Total:          0.00

Page 2

In re: **JONATHAN R. LANGE**                          Case No:

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

```
====================================================================
 Creditor's name and complete mailing address   | Amount of claim
 including zip code                              |
 ----------------------------------------------- |
 Date claim was incurred and consideration for claim. |
 If claim is subject to setoff, so state.        |
====================================================================
```

Account no.:                         Amount of claim:        800.00
**Aspire VISA**
**P O Box 23007**
**Columbus, GA 31902**
          Incurred: **2003**
Consideration for claim: **credit card**
          Claim is: **Fixed and liquidated.**

        **Cardholder Services**       DUPLICATE LISTING OF DEBT -
        **P O Box 105341**            COLLECTION AGENCY OR ATTORNEY
        **Atlanta, GA 30348**         FOR: **Aspire VISA**


Account no.:                         Amount of claim:        600.00
**CITGO**
**P O Box 9095**
**Des Moines, IA 50368**
          Incurred: **2003**
Consideration for claim: **credit card**
          Claim is: **Fixed and liquidated.**

Account no.:                         Amount of claim:        300.00
**Chevron**
**P O Box 2001**
**Concord, CA 94529**
          Incurred: **2004**
Consideration for claim: **auto expenses**
          Claim is: **Fixed and liquidated.**

Account no.:                         Amount of claim:      1,100.00
**Citi Cards**
**P O Box 6404**
**The Lakes, NV 88901**
          Incurred: **2003**
Consideration for claim: **credit card**
          Claim is: **Fixed and liquidated.**

Account no.:                         Amount of claim:      1,400.00
**Credit Card Services**

                              Subtotal this page:      4,200.00

In re: **JONATHAN R. LANGE**                    Case No:

**P O Box 60177**
**City of Ind,CA 91716**
         Incurred: **2003**
Consideration for claim: **credit card**
      Claim is: **Fixed and liquidated.**

Account no.:                    Amount of claim:        150.00
**Gt.Nv.Credit Union**
**P O Box 2128**
**Carson City, NV 89702**
         Incurred: **2004**
Consideration for claim: **insufficient funds**
      Claim is: **Fixed and liquidated.**

Account no.:                    Amount of claim:      1,500.00
**J C Penney**
**P O Box 960001**
**Orlando, FL 32896**
         Incurred: **2003**
Consideration for claim: **credit card**
      Claim is: **Fixed and liquidated.**

Account no.:                    Amount of claim:        550.00
**Shell/Texaco**
**Citi Cards**
**P O Box 9151**
**Des Moines, IA 50368**
         Incurred: **2003**
Consideration for claim: **credit card**
      Claim is: **Fixed and liquidated.**

Account no.:                    Amount of claim:      1,200.00
**WalMart**
**P O Box 960023**
**Orlando, FL 32896**
         Incurred: **2003**
Consideration for claim: **credit card**
      Claim is: **Fixed and liquidated.**

Account no.:                    Amount of claim:      2,500.00
**Wells Fargo Fin.Bank**
**P O Box 5058**
**Sioux Falls, SD 57117**
         Incurred: **2003**
Consideration for claim: **credit card**
      Claim is: **Fixed and liquidated.**

                Subtotal this page:      **5,900.00**
                       Total:     **10,100.00**

Page 2

In re: **JONATHAN R. LANGE**                    Case No:

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtor's interest. State whether lease is for non-residential real property.  State contract number of any government contract. |
|---|---|

NONE

In re: **JONATHAN R. LANGE**                    Case No:

SCHEDULE H - CODEBTORS

```
=====================================================================
| Name and address of codebtor    | Name and address of creditor    |
=====================================================================
```

   NONE

In re: **JONATHAN R. LANGE**                 Case No:

SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS
================================================================
  DEBTOR'S MARITAL STATUS: **Single**

  DEPENDENTS OF DEBTOR
  NONE
----------------------------------------------------------------
  EMPLOYMENT:

              Occupation: **Dialysis Tech.**
            Employer name: **Washoe Med. Center**
         How long employed: **3 years**
      Address of employer: **Reno, NV**
================================================================
INCOME:

Current monthly gross wages,
salary, and commissions...............        2,086.00

Estimated monthly overtime...........            0.00

SUBTOTAL..............................        2,086.00

  LESS PAYROLL DEDUCTIONS
  a.  Payroll taxes and
      social security................          160.00
  b.  Insurance......................           60.00
  c.  Union dues.....................            0.00
  d.  Other:
        **401K loan**                            168.00
        **401K plan**                            106.00

  SUBTOTAL OF DEDUCTIONS.............          494.00

TOTAL NET MONTHLY TAKE HOME PAY.......        1,592.00

Regular income from operation of
business or profession or farm........           0.00

Income from real property............           0.00

Interest and dividends...............            0.00

Alimony, maintenance, or support
payments payable to the debtor
for the debtor's use or that of
dependents listed above...............           0.00

Social security or other government
assistance:

In re: **JONATHAN R. LANGE**                    Case No:

      NONE

Pension or retirement income                              0.00

Other monthly income:
      NONE

TOTAL MONTHLY INCOME.................         1,592.00


Describe any increase or decrease of more than 10% in any of the above
categories anticipated to occur within the year following the filing
of this document:
  NONE

Page 2

In re: **JONATHAN R. LANGE**                    Case No:

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

The following expenditures are fr **DEBTOR**

| | |
|---|---|
| Rent/home mortgage payments............................ | 500.00 |

     **REAL ESTATE TAXES ARE NOT INCLUDED.**
     **PROPERTY INSURANCE IS NOT INCLUDED.**

| | |
|---|---|
| Utilities: Electricity and heating fuel................ | 100.00 |
|           Water and sewer............................ | 0.00 |
|           Telephone.................................. | 50.00 |
|           Other: | |
|               Cable.................................. | 45.00 |
| Home maintenance....................................... | 15.00 |
| Food.................................................. | 430.00 |
| Clothing.............................................. | 50.00 |
| Laundry and dry cleaning.............................. | 25.00 |
| Medical and dental expenses........................... | 150.00 |
| Transportation....................................... | 200.00 |
| Recreation, clubs, and entertainment, | |
| newspapers, magazines, etc............................ | 25.00 |
| Charitable contributions............................. | 0.00 |
| Insurance: | |
|           Homeowner's or renter's....................... | 0.00 |
|           Life.......................................... | 0.00 |
|           Health........................................ | 0.00 |
|           Auto.......................................... | 0.00 |
|           Other: | |
|             NONE | |
| Taxes: | |
|   NONE | |
| Installment payments: | |
|           Auto.......................................... | 0.00 |
|           Other: | |
|            NONE | |
| Alimony, maintenance, and support paid to others....... | 0.00 |
| Payments for support of additional dependents | |
| not living at your home............................... | 0.00 |
| Regular expenses from operation of business, | |
| profession, or farm.................................. | 0.00 |

FORM B6 - Cont.

Case No. _____
                        (If known)

In re _____
            Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                                                            (Total shown on summary page plus 1.)

Date _____                    Signature: _X_Vanetta R. _____    Debtor

Date _____                    Signature: _____    (Joint Debtor, if any)

                                        (If joint case, both spouses must sign.)

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

                                            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
                                            Social Security No.

Printed or Typed Name of Bankruptcy Petition Preparer

### BUDGET SERVICES
### 1547 So. Virginia, #4
### Reno, NV 89502

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                                    8-4-03
Signature of Bankruptcy Petition Preparer                Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110, 18 U.S.C. § 156.

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership] of the _____ [corporation or partnership]
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

                                        Signature: _____

Date _____

                                        (Print or type name of individual signing on behalf of debtor.)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.

Attorney for the Petitioner

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEVADA

In re                                        Case No.:
JONATHAN R. LANGE
Debtor                                       Statement of Financial Affairs
Social Security No.: 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
                                             Chapter 7

1.  Income from employment or operation of business.

    State the gross amount of income the debtor has received from
    employment, trade, or profession, or from operation of debtor's
    business from the beginning of this calendar year to the date this
    case was commenced.  State also the gross amounts received during
    the two years immediately preceding this calendar year.

              This year: *2004*            Amount:        7,385.00
                 Source: **wages**
              Last year: *2003*            Amount:       24,643.00
                 Source: **wages**
          Previous year: 19 **0**          Amount:            0.00
                 Source:

2.  Income other than from employment or operation of business.

    State the amount of income received by the debtor other than from
    employment, trade, profession, or operation of the debtor's business
    during the two years immediately preceding the commencement of this
    case.

              This year: 19 **0**          Amount:            0.00
                 Source:
              Last year: 19 **0**          Amount:            0.00
                 Source:
          Previous year: 19 **0**          Amount:            0.00
                 Source:

3.  Payments to creditors.

    a.  List all payments on loans, installment purchases of goods or
        services, and other debts, aggregating more than $600 to any
        creditor, made within 90 days immediately preceding the
        commencement of this case.

NONE

b.  List all payments made within one year immediately preceding
the commencement of this case to or for the benefit of creditors
who are or were insiders.

NONE

4.  Suits, executions, garnishments, and attachments.

a.  List all suits to which the debtor is or was a party within one
year immediately preceding the filing of this bankruptcy case.

NONE

b.  Describe all property that has been attached, garnished, or
seized under any legal or equitable process within one year
immediately preceding the commencement of this case.

NONE

5.  Repossessions, foreclosures, and returns.

List all property that has been repossessed by a creditor, sold
at a foreclosure sale, transferred through a deed in lieu of
foreclosure or returned to the seller, within one year immediately
preceding the commencement of this case.

NONE

6.  Assignments and receiverships.

a.  Describe any assignment of property for the benefit of creditors
made within 120 days immediately preceding the commencement of
this case.

NONE

b.  List all property which has been in the hands of a receiver or
court-appointed official within one year immediately preceding
the commencement of this case.

NONE

7.  Gifts.

List all gifts or charitable contributions made within one year
immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in
value per individual family member and charitable contributions
aggregating less than $100 per recipient.

NONE

8.  Losses.

    List all losses from fire, theft, other casualty or gambling within
    one year immediately preceding the commencement of this case or
    since the commencement of this case.

    NONE

9.  Payments related to debt counseling or bankruptcy.

    List all payments made or property transferred by or on behalf of
    the debtor to any persons, including attorneys, for consultation
    concerning debt consolidation, relief under the bankruptcy law or
    preparation of a petition in bankruptcy within one year immediately
    preceding the commencement of this case.


                 Filing fee: 209.00
                       fees:            150.00
                 Source was: **Debtor's earnings**
        Date(s) of payment: **7/04**

10. Other transfers.

    List all other property, other than property transferred in the
    ordinary course of the business or financial affairs of the debtor
    transferred either absolutely or as security within one year
    immediately preceding the commencement of this case.

    NONE

11. Closed financial accounts.

    List all financial accounts and instruments held in the name of the
    debtor or for the benefit of the debtor which were closed, sold, or
    otherwise transferred within one year immediately preceding the
    commencement of this case.

    NONE

12. Safe deposit boxes.

    List each safe deposit box or other box or depository in which the
    debtor has or had securities, cash, or other valuables within one
    year immediately preceding the commencement of this case.

    NONE

Page 3

13. Setoffs.

   List all setoffs made by any creditor, including a bank, against a
   debt or deposit of the debtor within 90 days preceding the
   commencement of this case.

   NONE

14. Property held for another person.

   List all property owned by another person that the debtor holds or
   controls.

   NONE

15. Prior address of debtor.

   If the debtor has moved within the two years immediately preceding
   the commencement of this case, list all premises which the debtor
   occupied during that period and vacated prior to the commencement
   of this case.

   **Length of time at current residence:**
   **10 years**
   **Prior residences:**


16. Nature, location, and name of business.

   a.  For individuals, list the names and addresses of all businesses
       in which the debtor was an officer, director, partner, or
       managing executive of a corporation, partnership, sole
       proprietorship, or was a self-employed professional within the
       two years immediately preceding the commencement of this case,
       or in which the debtor owned 5 percent or more of the voting or
       equity securities within the two years immediately preceding the
       commencement of this case.

       NONE

   b.  If the debtor is a partnership, list the names and addresses
       of all businesses in which the debtor was a partner or owned
       5 percent or more of the voting securities, within the two
       years immediately preceding the commencement of this case.

       N/A

   c.  If the debtor is a corporation, list the names and addresses
       of all businesses in which the debtor was a partner or owned
       5 percent or more of the voting securities, within the two
       years immediately preceding the commencement of this case.

Page 4

N/A

17. Books, records, and financial statements.

    a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

    N/A

    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

    N/A

    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.

    N/A

    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

    N/A

18. Inventories.

    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

    N/A

    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

    N/A

19. Current Partners, Officers, Directors, and Shareholders.

    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

N/A

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

N/A

20. Former partners, officers, directors, and shareholders.

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

N/A

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

N/A

21. Withdrawals from a partnership or distributions by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

N/A

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I, **JONATHAN R. LANGE**, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **Statement of Financial Affairs**, consisting of 6 sheets, and that it is true and correct to the best of my information and belief.

Signature: _Jonathan R. Lange (signature)_          Date: 8/4/04

**JONATHAN R. LANGE**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor a copy of this document.
SSN 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
Margaret Montgomery Budget Services
1647 So. Virginia St. Reno, Nevada

Page 6

Attorney for the Petitioner

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEVADA

In re                                    Case No.:
**JONATHAN R. LANGE**
Debtor                                   **Individual Debtor's Statement of**
Social Security No.: 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         **Intention**

                                         Chapter **7**

1.  I, the debtor, have filed a schedule of assets and liabilities which
    includes consumer debts secured by property of the estate.

2.  My intention with respect to the property of the estate which
    secures those consumer debts is as follows:

    a.  Property to be surrendered.
    --------------------------------------------------------------------
    | Description of property          | Creditor's name and address |
    --------------------------------------------------------------------

**2002 Toyota**                          **FINANCIAL CENTER**
                                         **CREDIT UNION**
                                         **P O Box 208005**
                                         **Stockton, CA 95208**

    b.  Property to be retained.
    --------------------------------------------------------------------
    | Description of property          | Creditor's name and address |
    --------------------------------------------------------------------
    | Method of retention:                                            |
    | The debt will be reaffirmed pursuant to sec. 524(c) (Reaffirm)  |
    | The property is claimed exempt and will be redeemed pursuant to |
    | sec. 722. (Redeem)                                              |
    | Lien will be avoided pursuant to sec. 522(f) and property claimed |
    | as exempt.                                                      |
    | Judicial lien (Judicial lien avoidance)                         |
    | Nonpossessory, nonpurchase-money security interest (N.P.M.S.I. lien) |
    --------------------------------------------------------------------

NONE

3.  I understand that section 521(2)(B) of the Bankruptcy Code requires
    that I perform the above stated intentions within 45 days of the
    filing of this statement with the court, or within such additional
    time as the court, for cause, within such 45-day period fixes.


(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **JONATHAN R. LANGE**, named as the debtor in this case, declare under
penalty of perjury that I have read the foregoing **Individual Debtor's
Statement of Intention**, consisting of 2 sheets, and that it is true
and correct to the best of my information and belief.


Signature: _Jonathan R. Lange_          Date: _8/4/04_
**JONATHAN R. LANGE**

I certify that I am a bankruptcy petition
preparer as defined in 11 U.S.C. 110,
that I prepared this document for
compensation, and that I have provided
the debtor a copy of this document.
SSN 517-46-68__ _____
Margaret Montgomery Budget Services
547 Saliman Road Carson City Nevada

Page 2

```
JONATHAN R. LANGE
2637 Sunray Drive
Reno, NV 89503

U.S. Trustee
300 Booth Street, #2129
Reno, Nevada 89509

Department of Employment
Contributions Section
Employment Sec.Division
500 E. 3rd Street
Carson City, NV 89713

FINANCIAL CENTER
CREDIT UNION
P O Box 208005
Stockton, CA 95208

Aspire VISA
P O Box 23007
Columbus, GA 31902

CITGO
P O Box 9095
Des Moines, IA 50368

Chevron
P O Box 2001
Concord, CA 94529

Citi Cards
P O Box 6404
The Lakes, NV 88901

Credit Card Services
P O Box 60177
City of Ind,CA 91716

Gt.Nv.Credit Union
P O Box 2128
Carson City, NV 89702

J C Penney
P O Box 960001
Orlando, FL 32896

Shell/Texaco
Citi Cards
P O Box 9151
Des Moines, IA 50368

WalMart
P O Box 960023
Orlando, FL 32896

Wells Fargo Fin.Bank
```

P O Box 5058
Sioux Falls, SD 57117

Cardholder Services
P O Box 105341
Atlanta, GA 30348

Budget Services
1547 South Virginia #4
Reno, Nevada 89502

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEVADA

In re                                    Case No.:
JONATHAN R. LANGE
Debtor                                   Mailing Matrix
Social Security No.: 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
                                              Chapter 7


(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

                              DECLARATION

I, JONATHAN R. LANGE, named as the debtor in this case, declare under
penalty of perjury that I have read the foregoing Mailing Matrix,
consisting of 3 sheets, and that it is true and correct to the best
of my information and belief.


Signature: _____        Date: 8|4|04
              JONATHAN R. LANGE


                                                         Page 3